

| Pay Group: | EPPI Professional Fund | Advice #: | 3961045 |
|---|---|---|---|
| Pay Begin Date: | 7/21/2019 | Advice Date: | 8/8/2019 |
| Pay End Date: | 8/3/2019 | | |

| Brancato, Patricia | Employee ID: | 41421 |
|---|---|---|
| 1628 Amosland Rd | Department: | 20569 |
| Prospect Park, PA  19076 | Process Level: | 1035 |

| TAX DATA: | Marital Status | Exemptions |
|---|---|---|
| Federal: | Married Withhold at Single | 00001 |
| State: | Married Withhold at Single | 00001 |
| Addl. Amt.: | | 0.00 |

## HOURS AND EARNINGS

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular Day | 51.0000 | 80.00 | 4,080.00 | 1,152.00 | 57,816.00 |
| Group Term Life | | | 5.31 | | 84.95 |
| Sick Hrs | | 0.00 | | 40.00 | 2,000.00 |
| PTOReg | | 0.00 | | 88.00 | 4,424.00 |
| CommAll | | | 25.38 | 0.00 | 406.08 |
| **Total:** | | **80.00** | **4,110.69** | **1,280.00** | **64,731.03** |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Federal Tax Withheld | 589.07 | 9,576.66 |
| Soc Sec Tax Withheld | 244.40 | 3,840.96 |
| Medicare Tax Withhld | 57.16 | 898.29 |
| Pennsylvania Tax | 121.32 | 1,906.67 |
| PA Unemployment | 2.45 | 38.59 |
| Philadelphia Tax | 141.74 | 2,236.51 |
| **Total:** | **1,156.14** | **18,497.68** |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| PCBasic Option | 0.00 | 1,782.30 |
| VBA | 7.18 | 114.88 |
| Delta Dental | 16.25 | 252.85 |
| Fidelity Pre Tax % | 246.32 | 2,188.09 |
| Parking - Pretax | 14.95 | 239.20 |
| PC Core | 130.26 | 390.78 |
| **Total:** | **414.96** | **4,968.10** |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Fidelity Loan | 51.59 | 825.44 |
| MET Life | 28.14 | 450.24 |
| MetSPLfe | 3.69 | 59.04 |
| STDPREM6 | 47.72 | 683.31 |
| Cafe | 0.00 | 64.95 |
| **Total:** | **131.14** | **2,082.98** |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **Total:** | **131.14** | **2,082.98** |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 4,110.69 | 3,695.73 | 1,156.14 | 546.10 | 2,403.14 |
| YTD: | 64,731.03 | 59,762.93 | 18,497.68 | 7,051.08 | 39,097.32 |

| NET PAY DISTRIBUTION | |
|---|---|
| Advice #3961045 | 2,403.14 |

| Available | 0.00 | Available | 0.00 | Total: | 2,403.14 |
|---|---|---|---|---|---|

---



| | Advice Date | Advice No. |
|---|---|---|
| | 08/08/2019 | 3961045 |

# NON-NEGOTIABLE

### DIRECT DEPOSIT DISTRIBUTION

| Acct Type | Acct No | Dep Amount |
|---|---|---|
| Jt Bill | xxxxxx2127 | $1,800.00 |
| Personal | xxxxxx2119 | $603.14 |
| | | |
| **Total:** | | **$2,403.14** |

**To The Account(s) Of**

PATRICIA BRANCATO
1628 AMOSLAND RD
PROSPECT PARK, PA  19076

| Pay Group: | EPPI Professional Fund | Advice #: | 3926634 |
|---|---|---|---|
| Pay Begin Date: | 5/26/2019 | Advice Date: | 6/13/2019 |
| Pay End Date: | 6/8/2019 | | |

| Brancato, Patricia | | Employee ID: | 41421 | | |
|---|---|---|---|---|---|
| 1628 Amosland Rd | | Department: | 20569 | | |
| Prospect Park, PA  19076 | | Process Level: | 1035 | | |

| TAX DATA: | Marital Status | Exemptions |
|---|---|---|
| Federal: | Married Withhold at Single | 00001 |
| State: | Married Withhold at Single | 00001 |
| Addl. Amt.: | | 0.00 |

## HOURS AND EARNINGS

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular Day | 50.0000 | 72.00 | 3,600.00 | 872.00 | 43,600.00 |
| Group Term Life | | | 5.31 | 0.00 | 63.72 |
| Sick Hrs | | | 0.00 | 40.00 | 2,000.00 |
| PTOReg | 50.0000 | 8.00 | 400.00 | 48.00 | 2,400.00 |
| CommAll | | | 25.38 | 0.00 | 304.56 |
| Total: | | 80.00 | 4,030.69 | 960.00 | 48,368.28 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Federal Tax Withheld | 569.51 | 7,239.94 |
| Soc Sec Tax Withheld | 239.06 | 2,868.69 |
| Medicare Tax Withhld | 55.91 | 670.90 |
| Pennsylvania Tax | 118.67 | 1,424.04 |
| PA Unemployment | 2.40 | 28.84 |
| Philadelphia Tax | 139.33 | 1,671.96 |
| Total: | 1,124.88 | 13,904.37 |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| PCBasic Option | 137.10 | 1,645.20 |
| VBA | 7.18 | 86.16 |
| Delta Dental | 15.70 | 188.40 |
| Fidelity Pre Tax % | 241.52 | 1,207.61 |
| Parking - Pretax | 14.95 | 179.40 |
| Total: | 416.45 | 3,306.77 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Fidelity Loan | 51.59 | 619.08 |
| Cafe | 10.00 | 31.75 |
| MET Life | 28.14 | 337.68 |
| MetSPLfe | 3.69 | 44.28 |
| STDPREM6 | 41.55 | 498.60 |
| Total: | 134.97 | 1,531.39 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Total: | 134.97 | 1,531.39 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 4,030.69 | 3,614.24 | 1,124.88 | 551.42 | 2,349.08 |
| YTD: | 48,368.28 | 45,061.51 | 13,904.37 | 4,838.16 | 29,562.03 |

| NET PAY DISTRIBUTION | |
|---|---|
| Advice #3926634 | 2,349.08 |

| Available | 0.00 | Available | 0.00 | Total: | 2,349.08 |
|---|---|---|---|---|---|

| Advice Date | Advice No. |
|---|---|
| 06/13/2019 | 3926634 |

# NON-NEGOTIABLE

| DIRECT DEPOSIT DISTRIBUTION | | |
|---|---|---|
| Acct Type | Acct No | Dep Amount |
| Joint | xxxxxx7659 | $1,300.00 |
| Personal | xxxxxx8598 | $1,019.08 |
| extra | xxxxxx2018 | $30.00 |
| Total: | | $2,349.08 |

**To The Account(s) Of**
PATRICIA BRANCATO
1628 AMOSLAND RD
PROSPECT PARK, PA  19076

| Pay Group: | EPPI Professional Fund | Advice #: | 3918186 |
|---|---|---|---|
| Pay Begin Date: | 5/12/2019 | Advice Date: | 5/30/2019 |
| Pay End Date: | 5/25/2019 | | |

Brancato, Patricia
1628 Amosland Rd
Prospect Park, PA  19076

| Employee ID: | 41421 |
|---|---|
| Department: | 20569 |
| Process Level: | 1035 |

| TAX DATA: | Marital Status | Exemptions |
|---|---|---|
| Federal: | Married Withhold at Single | 00001 |
| State: | Married Withhold at Single | 00001 |
| Addl. Amt.: | | 0.00 |

## HOURS AND EARNINGS

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular Day | 50.0000 | 72.00 | 3,600.00 | 800.00 | 40,000.00 |
| Group Term Life | | | 5.31 | 0.00 | 58.41 |
| Sick Hrs | | | 0.00 | 40.00 | 2,000.00 |
| PTOReg | 50.0000 | 8.00 | 400.00 | 40.00 | 2,000.00 |
| CommAll | | | 25.38 | 0.00 | 279.18 |
| **Total:** | | **80.00** | **4,030.69** | **880.00** | **44,337.59** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Federal Tax Withheld | 617.82 | 6,670.43 |
| Soc Sec Tax Withheld | 239.06 | 2,629.63 |
| Medicare Tax Withhld | 55.90 | 614.99 |
| Pennsylvania Tax | 118.67 | 1,305.37 |
| PA Unemployment | 2.41 | 26.44 |
| Philadelphia Tax | 139.33 | 1,532.63 |
| **Total:** | **1,173.19** | **12,779.49** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| PCBasic Option | 137.10 | 1,508.10 |
| VBA | 7.18 | 78.98 |
| Delta Dental | 15.70 | 172.70 |
| Fidelity Pre Tax % | 40.25 | 966.09 |
| Parking - Pretax | 14.95 | 164.45 |
| **Total:** | **215.18** | **2,890.32** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Fidelity Loan | 51.59 | 567.49 |
| MET Life | 28.14 | 309.54 |
| MetSPLfe | 3.69 | 40.59 |
| STDPREM6 | 41.55 | 457.05 |
| Cafe | 0.00 | 21.75 |
| **Total:** | **124.97** | **1,396.42** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **Total:** | **124.97** | **1,396.42** |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 4,030.69 | 3,815.51 | 1,173.19 | 340.15 | 2,512.04 |
| YTD: | 44,337.59 | 41,447.27 | 12,779.49 | 4,286.74 | 27,212.95 |

### NET PAY DISTRIBUTION

| | |
|---|---|
| Advice #3918186 | 2,512.04 |
| Available  0.00 | Available  0.00 | Total: | 2,512.04 |

| Advice Date | Advice No. |
|---|---|
| 05/30/2019 | 3918186 |

# NON-NEGOTIABLE

### DIRECT DEPOSIT DISTRIBUTION

| Acct Type | Acct No | Dep Amount |
|---|---|---|
| Joint | xxxxxx7659 | $1,300.00 |
| Personal | xxxxxx8598 | $1,182.04 |
| extra | xxxxxx2018 | $30.00 |
| **Total:** | | **$2,512.04** |

To The
Account(s) Of

PATRICIA BRANCATO
1628 AMOSLAND RD
PROSPECT PARK, PA  19076

# U@Penn

**Employee Name:** JOSEPH BRANCATO
**Penn ID:** 54487651

Issue Date: 05/17/2019

Pay End Date: 05/12/2019

Advice Number: A9150813

| Pay Stub Summary | |
|---|---|
| **Gross Pay:** | $1,221.63 |
| **Deductions/Taxes:** | $619.77 |
| **Net Pay:** | $601.86 |

**Your Pay Deposited To**

| | |
|---|---|
| Bank Name | TD BANK |
| Institution Number | 036001808 |

| Gross Pay and Other Taxable Payments | Amount | Year-to-Date | Hours |
|---|---|---|---|
| REGULAR WEEKLY PAY | $1,214.80 | | 40.00 |
| HEALTH INS CASH BACK | $6.83 | | |
| Total Payments | $1,221.63 | $26,218.42 | 40.00 |

| Shelters | Deductions | | Penn Contributions | |
|---|---|---|---|---|
| | Amount | Year-to-Date | Amount | Year-to-Date |
| KEYSTONE HMO - EE+F | $70.18 | $1,403.60 | $375.36 | $7,507.20 |
| METLIFE DENTAL - EE+F | $18.93 | $378.60 | $10.58 | $211.60 |
| DAVIS VISION - EE+F | $3.00 | $60.00 | | |
| PRE-TAX PARKING | $47.58 | $904.02 | | |
| Total Shelters | $139.69 | $2,746.22 | $385.94 | $7,718.80 |

| Reductions | Deductions | | Penn Contributions | |
|---|---|---|---|---|
| | Amount | Year-to-Date | Amount | Year-to-Date |
| TIAA-CREF TDR PRE-TAX | $60.74 | $1,214.80 | $109.33 | $2,186.60 |
| Total Reductions | $60.74 | $1,214.80 | $109.33 | $2,186.60 |

| Taxes | Deductions | | Penn Contributions | |
|---|---|---|---|---|
| | Amount | Year-to-Date | Amount | Year-to-Date |
| FEDERAL WITHHOLDING TAX | $128.94 | $3,012.22 | | |
| FICA/OASDI - SOCIAL SEC | $67.08 | $1,463.75 | $67.08 | $1,463.75 |

| | | | | |
|---|---|---|---|---|
| MEDICARE TAX | $15.69 | $342.33 | $15.69 | $342.33 |
| STATE TAX | $34.68 | $752.58 | | |
| SUT DED | $0.73 | $15.76 | | |
| CITY TAX 1 | $42.23 | $911.06 | | |
| Total Taxes | $289.35 | $6,497.70 | $82.77 | $1,806.08 |

| **After-Tax Deductions** | Deductions | | Penn Contributions | |
|---|---|---|---|---|
| | Amount | Year-to-Date | Amount | Year-to-Date |
| OPTIONAL LIFE INSURANCE | $12.05 | $241.00 | | |
| DEPENDENT LIFE INSURANCE | $0.42 | $8.40 | | |
| UNION 2 | $17.52 | $350.40 | | |
| CREDIT UNION | $100.00 | $2,000.00 | | |
| Total Deductions | $129.99 | $2,599.80 | $0.00 | $0.00 |

| **Net Pay** | Amount |
|---|---|
| Net Pay | $601.86 |

**Federal Tax Status & Exemptions**
(at time of this pay)

| | |
|---|---|
| Tax Status | Single |
| Number of Exemptions | 0 |

| **Paid Time Off** ⓘ (balances at time of this pay) | Used this Pay | Balance Hours | Balance Days |
|---|---|---|---|
| Paid Time Off | 0.00 | 226.00 | 28.25 |
| Sick | 0.00 | 14.56 | 1.82 |
| Personal Time Off | 0.00 | 10.00 | |

Copyright © 2019, University of Pennsylvania. All rights reserved.
**If you have questions concerning your Personnel or Payroll information, please contact your Business Administrator or Payroll Coordinator.**
You can also contact the Penn Employee Solution Center at 215-898-7372 or hcmsolutioncenter@upenn.edu.
Please do not include confidential information, such as your SSN, in your email.

For your protection, your Penn Weblogin session for the U@Penn Portal will automatically expire if you are not active within the portal for a period of an hour.

# U@Penn

**Employee Name:** JOSEPH BRANCATO
**Penn ID:** 54487651

Issue Date: 05/24/2019

Pay End Date: 05/19/2019

Advice Number: A9157343

| Pay Stub Summary | |
|---|---|
| **Gross Pay:** | $1,221.63 |
| **Deductions/Taxes:** | $619.77 |
| **Net Pay:** | $601.86 |

**Your Pay Deposited To**

| Bank Name | TD BANK |
|---|---|
| Institution Number | 036001808 |

| Gross Pay and Other Taxable Payments | Amount | Year-to-Date | Hours |
|---|---|---|---|
| REGULAR WEEKLY PAY | $911.10 | | 30.00 |
| HEALTH INS CASH BACK | $6.83 | | |
| PERSONAL LEAVE | $303.70 | | 10.00 |
| Total Payments | $1,221.63 | $27,433.22 | 40.00 |

| Shelters | Deductions | | Penn Contributions | |
|---|---|---|---|---|
| | Amount | Year-to-Date | Amount | Year-to-Date |
| KEYSTONE HMO - EE+F | $70.18 | $1,473.78 | $375.36 | $7,882.56 |
| METLIFE DENTAL - EE+F | $18.93 | $397.53 | $10.58 | $222.18 |
| DAVIS VISION - EE+F | $3.00 | $63.00 | | |
| PRE-TAX PARKING | $47.58 | $951.60 | | |
| Total Shelters | $139.69 | $2,885.91 | $385.94 | $8,104.74 |

| Reductions | Deductions | | Penn Contributions | |
|---|---|---|---|---|
| | Amount | Year-to-Date | Amount | Year-to-Date |
| TIAA-CREF TDR PRE-TAX | $60.74 | $1,275.54 | $109.33 | $2,295.93 |
| Total Reductions | $60.74 | $1,275.54 | $109.33 | $2,295.93 |

| Taxes | Deductions | | Penn Contributions | |
|---|---|---|---|---|
| | Amount | Year-to-Date | Amount | Year-to-Date |
| FEDERAL WITHHOLDING TAX | $128.94 | $3,141.16 | | |

| | Amount | Year-to-Date | | Amount | Year-to-Date |
|---|---|---|---|---|---|
| FICA/OASDI - SOCIAL SEC | $67.08 | $1,530.83 | | $67.08 | $1,530.83 |
| MEDICARE TAX | $15.69 | $358.02 | | $15.69 | $358.02 |
| STATE TAX | $34.68 | $787.26 | | | |
| SUT DED | $0.73 | $16.49 | | | |
| CITY TAX 1 | $42.23 | $953.29 | | | |
| Total Taxes | $289.35 | $6,787.05 | | $82.77 | $1,888.85 |

| **After-Tax Deductions** | Deductions | | | Penn Contributions | |
|---|---|---|---|---|---|
| | Amount | Year-to-Date | | Amount | Year-to-Date |
| OPTIONAL LIFE INSURANCE | $12.05 | $253.05 | | | |
| DEPENDENT LIFE INSURANCE | $0.42 | $8.82 | | | |
| UNION 2 | $17.52 | $367.92 | | | |
| CREDIT UNION | $100.00 | $2,100.00 | | | |
| Total Deductions | $129.99 | $2,729.79 | | $0.00 | $0.00 |

| **Net Pay** | Amount |
|---|---|
| Net Pay | $601.86 |

**Federal Tax Status & Exemptions**
(at time of this pay)

| Tax Status | Single |
|---|---|
| Number of Exemptions | 0 |

| **Paid Time Off** (balances at time of this pay) | Used this Pay | Balance Hours | Balance Days |
|---|---|---|---|
| Paid Time Off | 0.00 | 226.00 | 28.25 |
| Sick | 0.00 | 14.56 | 1.82 |
| Personal Time Off | 10.00 | 0.00 | |

Copyright © 2019, University of Pennsylvania. All rights reserved.
**If you have questions concerning your Personnel or Payroll information, please contact your Business Administrator or Payroll Coordinator.**
You can also contact the Penn Employee Solution Center at 215-898-7372 or hcmsolutioncenter@upenn.edu.
Please do not include confidential information, such as your SSN, in your email.

For your protection, your Penn Weblogin session for the U@Penn Portal will automatically expire if you are not active within the portal for a period of an hour.

# U@Penn

**Employee Name:** JOSEPH BRANCATO
**Penn ID:** 54487651

Issue Date: 05/31/2019

Pay End Date: 05/26/2019

Advice Number: A9181659

| Pay Stub Summary | |
|---|---|
| **Gross Pay:** | $1,221.63 |
| **Deductions/Taxes:** | $586.29 |
| **Net Pay:** | $635.34 |

**Your Pay Deposited To**

| | |
|---|---|
| Bank Name | TD BANK |
| Institution Number | 036001808 |

| Gross Pay and Other Taxable Payments | Amount | Year-to-Date | Hours |
|---|---|---|---|
| REGULAR WEEKLY PAY | $971.84 | | 32.00 |
| HEALTH INS CASH BACK | $6.83 | | |
| VACATION LEAVE | $242.96 | | 8.00 |
| Total Payments | $1,221.63 | $28,648.02 | 40.00 |

| Shelters | Deductions | | Penn Contributions | |
|---|---|---|---|---|
| | Amount | Year-to-Date | Amount | Year-to-Date |
| KEYSTONE HMO - EE+F | $70.18 | $1,543.96 | $375.36 | $8,257.92 |
| METLIFE DENTAL - EE+F | $18.93 | $416.46 | $10.58 | $232.76 |
| DAVIS VISION - EE+F | $3.00 | $66.00 | | |
| PRE-TAX PARKING | | $951.60 | | |
| Total Shelters | $92.11 | $2,978.02 | $385.94 | $8,490.68 |

| Reductions | Deductions | | Penn Contributions | |
|---|---|---|---|---|
| | Amount | Year-to-Date | Amount | Year-to-Date |
| TIAA-CREF TDR PRE-TAX | $60.74 | $1,336.28 | $109.33 | $2,405.26 |
| Total Reductions | $60.74 | $1,336.28 | $109.33 | $2,405.26 |

| Taxes | Deductions | | Penn Contributions | |
|---|---|---|---|---|
| | Amount | Year-to-Date | Amount | Year-to-Date |
| FEDERAL WITHHOLDING TAX | $139.41 | $3,280.57 | | |

| | Deductions | | Penn Contributions | |
|---|---|---|---|---|
| FICA/OASDI - SOCIAL SEC | $70.03 | $1,600.86 | $70.03 | $1,600.86 |
| MEDICARE TAX | $16.37 | $374.39 | $16.37 | $374.39 |
| STATE TAX | $34.68 | $821.94 | | |
| SUT DED | $0.73 | $17.22 | | |
| CITY TAX 1 | $42.23 | $995.52 | | |
| Total Taxes | $303.45 | $7,090.50 | $86.40 | $1,975.25 |

**After-Tax Deductions**

| | Deductions | | Penn Contributions | |
|---|---|---|---|---|
| | Amount | Year-to-Date | Amount | Year-to-Date |
| OPTIONAL LIFE INSURANCE | $12.05 | $265.10 | | |
| DEPENDENT LIFE INSURANCE | $0.42 | $9.24 | | |
| UNION 2 | $17.52 | $385.44 | | |
| CREDIT UNION | $100.00 | $2,200.00 | | |
| Total Deductions | $129.99 | $2,859.78 | $0.00 | $0.00 |

**Net Pay**

| | Amount |
|---|---|
| Net Pay | $635.34 |

**Federal Tax Status & Exemptions**
(at time of this pay)

| Tax Status | Single |
|---|---|
| Number of Exemptions | 0 |

**Paid Time Off**
**(balances at time of this pay)**

| | Used this Pay | Balance Hours | Balance Days |
|---|---|---|---|
| Paid Time Off | 8.00 | 218.00 | 27.25 |
| Sick | 0.00 | 14.56 | 1.82 |
| Personal Time Off | 0.00 | 0.00 | |

Copyright © 2019, University of Pennsylvania. All rights reserved.
**If you have questions concerning your Personnel or Payroll information, please contact your Business Administrator or Payroll Coordinator.**
You can also contact the Penn Employee Solution Center at 215-898-7372 or hcmsolutioncenter@upenn.edu.
Please do not include confidential information, such as your SSN, in your email.

For your protection, your Penn Weblogin session for the U@Penn Portal will automatically expire if you are not active within the portal for a period of an hour.

Case 19-14703-jkf   Doc 14   Filed 09/04/19   Entered 09/04/19 18:54:49   Desc Main
Document   Page 10 of 28

# U@Penn

**Employee Name:** JOSEPH BRANCATO
**Penn ID:** 54487651

Issue Date: 06/14/2019

Pay End Date: 06/09/2019

Advice Number: A9193072

| Pay Stub Summary | |
|---|---|
| **Gross Pay:** | $1,586.07 |
| **Deductions/Taxes:** | $751.82 |
| **Net Pay:** | $834.25 |

**Your Pay Deposited To**

| | |
|---|---|
| Bank Name | TD BANK |
| Institution Number | 036001808 |

| Gross Pay and Other Taxable Payments | Amount | Year-to-Date | Hours |
|---|---|---|---|
| REGULAR WEEKLY PAY | $1,214.80 | | 40.00 |
| HEALTH INS CASH BACK | $6.83 | | |
| OVERTIME @ 1.5 TIMES RATE | $364.44 | | 8.00 |
| | $1,586.07 | $31,442.06 | 48.00 |

| Shelters | Deductions | | Penn Contributions | |
|---|---|---|---|---|
| | Amount | Year-to-Date | Amount | Year-to-Date |
| KEYSTONE HMO - EE+F | $70.18 | $1,684.32 | $375.36 | $9,008.64 |
| METLIFE DENTAL - EE+F | $18.93 | $454.32 | $10.58 | $253.92 |
| DAVIS VISION - EE+F | $3.00 | $72.00 | | |
| PRE-TAX PARKING | $47.58 | $1,046.76 | | |
| | $139.69 | $3,257.40 | $385.94 | $9,262.56 |

| Reductions | Deductions | | Penn Contributions | |
|---|---|---|---|---|
| | Amount | Year-to-Date | Amount | Year-to-Date |
| TIAA-CREF TDR PRE-TAX | $60.74 | $1,457.76 | $109.33 | $2,623.92 |
| | $60.74 | $1,457.76 | $109.33 | $2,623.92 |

Case 19-14703-jkf   Doc 14   Filed 09/04/19   Entered 09/04/19 16:54:49   Desc Main
Document   Page 11 of 28

**Taxes**

| | Deductions | | Penn Contributions | |
|---|---|---|---|---|
| | Amount | Year-to-Date | Amount | Year-to-Date |
| FEDERAL WITHHOLDING TAX | $209.12 | $3,618.63 | | |
| FICA/OASDI - SOCIAL SEC | $89.67 | $1,757.61 | $89.67 | $1,757.61 |
| MEDICARE TAX | $20.97 | $411.05 | $20.97 | $411.05 |
| STATE TAX | $45.86 | $902.48 | | |
| SUT DED | $0.95 | $18.90 | | |
| CITY TAX 1 | $54.83 | $1,092.58 | | |
| | $421.40 | $7,801.25 | $110.64 | $2,168.66 |

**After-Tax Deductions**

| | Deductions | | Penn Contributions | |
|---|---|---|---|---|
| | Amount | Year-to-Date | Amount | Year-to-Date |
| OPTIONAL LIFE INSURANCE | $12.05 | $289.20 | | |
| DEPENDENT LIFE INSURANCE | $0.42 | $10.08 | | |
| UNION 2 | $17.52 | $420.48 | | |
| CREDIT UNION | $100.00 | $2,400.00 | | |
| | $129.99 | $3,119.76 | $0.00 | $0.00 |

**Net Pay**

| | Amount |
|---|---|
| Net Pay | $834.25 |

**Federal Tax Status & Exemptions**
(at time of this pay)

| | |
|---|---|
| Tax Status | Single |
| Number of Exemptions | 0 |

**Paid Time Off**
**(balances at time of this pay)**

| | Used this Pay | Balance Hours | Balance Days |
|---|---|---|---|
| Paid Time Off | 0.00 | 210.00 | 26.25 |
| Sick | 0.00 | 22.56 | 2.82 |
| Personal Time Off | 0.00 | 24.00 | |

Copyright © 2019, University of Pennsylvania. All rights reserved.
**If you have questions concerning your Personnel or Payroll information, please contact your
Business Administrator or Payroll Coordinator.**
You can also contact the Penn Employee Solution Center at 215-898-7372 or ~~solutioncenter@upenn.edu~~
Please do not include confidential information, such as your SSN, in your email.

For your protection, your Penn Weblogin session for the U@Penn Portal will automatically expire if you are not
active within the portal for a period of an hour.

Case 19-14703.jkf  Doc 14  Filed 09/04/19  Entered 09/04/19 16:54:49  Desc Main
Document    Page 12 of 28

# U@Penn

**Employee Name:** JOSEPH BRANCATO

**Penn ID:** 54487651

Issue Date: 06/07/2019

Pay End Date: 06/02/2019

Advice Number: A9187227

| Pay Stub Summary | |
|---|---|
| **Gross Pay:** | $1,221.63 |
| **Deductions/Taxes:** | $619.77 |
| **Net Pay:** | $601.86 |

**Your Pay Deposited To**

| Bank Name | TD BANK |
|---|---|
| Institution Number | 036001808 |

| Gross Pay and Other Taxable Payments | Amount | Year-to-Date | Hours |
|---|---|---|---|
| REGULAR WEEKLY PAY | $728.88 | | 24.00 |
| HEALTH INS CASH BACK | $6.83 | | |
| HOLIDAY | $242.96 | | 8.00 |
| VACATION LEAVE | $242.96 | | 8.00 |
| | $1,221.63 | $29,862.82 | 40.00 |

| Shelters | Deductions | | Penn Contributions | |
|---|---|---|---|---|
| | Amount | Year-to-Date | Amount | Year-to-Date |
| KEYSTONE HMO - EE+F | $70.18 | $1,614.14 | $375.36 | $8,633.28 |
| METLIFE DENTAL - EE+F | $18.93 | $435.39 | $10.58 | $243.34 |
| DAVIS VISION - EE+F | $3.00 | $69.00 | | |
| PRE-TAX PARKING | $47.58 | $999.18 | | |
| | $139.69 | $3,117.71 | $385.94 | $8,876.62 |

| Reductions | Deductions | | Penn Contributions | |
|---|---|---|---|---|
| | Amount | Year-to-Date | Amount | Year-to-Date |
| TIAA-CREF TDR PRE-TAX | $60.74 | $1,397.02 | $109.33 | $2,514.59 |
| | $60.74 | $1,397.02 | $109.33 | $2,514.59 |

**Taxes**

| | Deductions | | Penn Contributions | |
|---|---|---|---|---|
| | Amount | Year-to-Date | Amount | Year-to-Date |
| FEDERAL WITHHOLDING TAX | $128.94 | $3,409.51 | | |
| FICA/OASDI - SOCIAL SEC | $67.08 | $1,667.94 | $67.08 | $1,667.94 |
| MEDICARE TAX | $15.69 | $390.08 | $15.69 | $390.08 |
| STATE TAX | $34.68 | $856.62 | | |
| SUT DED | $0.73 | $17.95 | | |
| CITY TAX 1 | $42.23 | $1,037.75 | | |
| | $289.35 | $7,379.85 | $82.77 | $2,058.02 |

**After-Tax Deductions**

| | Deductions | | Penn Contributions | |
|---|---|---|---|---|
| | Amount | Year-to-Date | Amount | Year-to-Date |
| OPTIONAL LIFE INSURANCE | $12.05 | $277.15 | | |
| DEPENDENT LIFE INSURANCE | $0.42 | $9.66 | | |
| UNION 2 | $17.52 | $402.96 | | |
| CREDIT UNION | $100.00 | $2,300.00 | | |
| | $129.99 | $2,989.77 | $0.00 | $0.00 |

**Net Pay**

| | Amount |
|---|---|
| Net Pay | $601.86 |

**Federal Tax Status & Exemptions**
(at time of this pay)

| | |
|---|---|
| Tax Status | Single |
| Number of Exemptions | 0 |

**Paid Time Off**
(balances at time of this pay)

| | Used this Pay | Balance Hours | Balance Days |
|---|---|---|---|
| Paid Time Off | 8.00 | 210.00 | 26.25 |
| Sick | 0.00 | 22.56 | 2.82 |
| Personal Time Off | 0.00 | 24.00 | |

Copyright © 2019, University of Pennsylvania. All rights reserved.
**If you have questions concerning your Personnel or Payroll information, please contact your Business Administrator or Payroll Coordinator.**
You can also contact the Penn Employee Solution Center at 215-898-7372 or ~~penser.solutioncenter@upenn.edu~~.
Please do not include confidential information, such as your SSN, in your email.

For your protection, your Penn Weblogin session for the U@Penn Portal will automatically expire if you are not active within the portal for a period of an hour.

# U@Penn

Case 19-14703.jkf   Doc 14   Filed 09/04/19   Entered 09/04/19 18:54:49   Desc Main
Document   Page 14 of 26

**Employee Name:** JOSEPH BRANCATO
**Penn ID:** 54487651

Issue Date: 06/21/2019

Pay End Date: 06/16/2019

Advice Number: A9199211

| Pay Stub Summary | |
|---|---|
| **Gross Pay:** | $1,488.44 |
| **Deductions/Taxes:** | $718.69 |
| **Net Pay:** | $769.75 |

**Your Pay Deposited To**

| | |
|---|---|
| Bank Name | TD BANK |
| Institution Number | 036001808 |



| Gross Pay and Other Taxable Payments | Amount | Year-to-Date | Hours |
|---|---|---|---|
| REGULAR WEEKLY PAY | $1,256.80 | | 40.00 |
| HEALTH INS CASH BACK | $6.83 | | |
| OVERTIME @ 1.5 TIMES RATE | $224.81 | | 4.77 |
| | $1,488.44 | $32,923.67 | 44.77 |

| Shelters | Deductions | | Penn Contributions | |
|---|---|---|---|---|
| | Amount | Year-to-Date | Amount | Year-to-Date |
| KEYSTONE HMO - EE+F | $70.18 | $1,754.50 | $375.36 | $9,384.00 |
| METLIFE DENTAL - EE+F | $18.93 | $473.25 | $10.58 | $264.50 |
| DAVIS VISION - EE+F | $3.00 | $75.00 | | |
| PRE-TAX PARKING | $47.58 | $1,094.34 | | |
| | $139.69 | $3,397.09 | $385.94 | $9,648.50 |

| Reductions | Deductions | | Penn Contributions | |
|---|---|---|---|---|
| | Amount | Year-to-Date | Amount | Year-to-Date |
| TIAA-CREF TDR PRE-TAX | $62.84 | $1,520.60 | $113.11 | $2,737.03 |
| | $62.84 | $1,520.60 | $113.11 | $2,737.03 |

Case 19-14703-jkf   Doc 14   Filed 09/04/19   Entered 09/04/19 18:54:49   Desc Main
Document   Page 15 of 28

## Taxes

| | Deductions | | Penn Contributions | |
|---|---|---|---|---|
| | Amount | Year-to-Date | Amount | Year-to-Date |
| FEDERAL WITHHOLDING TAX | $187.18 | $3,805.81 | | |
| FICA/OASDI - SOCIAL SEC | $83.62 | $1,841.23 | $83.62 | $1,841.23 |
| MEDICARE TAX | $19.56 | $430.61 | $19.56 | $430.61 |
| STATE TAX | $42.87 | $945.35 | | |
| SUT DED | $0.89 | $19.79 | | |
| CITY TAX 1 | $51.45 | $1,144.03 | | |
| | $385.57 | $8,186.82 | $103.18 | $2,271.84 |

## After-Tax Deductions

| | Deductions | | Penn Contributions | |
|---|---|---|---|---|
| | Amount | Year-to-Date | Amount | Year-to-Date |
| OPTIONAL LIFE INSURANCE | $12.05 | $301.25 | | |
| DEPENDENT LIFE INSURANCE | $0.42 | $10.50 | | |
| UNION 2 | $18.12 | $438.60 | | |
| CREDIT UNION | $100.00 | $2,500.00 | | |
| | $130.59 | $3,250.35 | $0.00 | $0.00 |

## Net Pay

| | Amount |
|---|---|
| Net Pay | $769.75 |

## Federal Tax Status & Exemptions
(at time of this pay)

| | |
|---|---|
| Tax Status | Single |
| Number of Exemptions | 0 |

## Paid Time Off
(balances at time of this pay)

| | Used this Pay | Balance Hours | Balance Days |
|---|---|---|---|
| Paid Time Off | 0.00 | 210.00 | 26.25 |
| Sick | 0.00 | 22.56 | 2.82 |
| Personal Time Off | 0.00 | 24.00 | |

Copyright © 2019, University of Pennsylvania. All rights reserved.
**If you have questions concerning your Personnel or Payroll information, please contact your
Business Administrator or Payroll Coordinator.**
You can also contact the Penn Employee Solution Center at 215-898-7372 or hrpshelpline@payplan@upenn.edu.
Please do not include confidential information, such as your SSN, in your email.

For your protection, your Penn Weblogin session for the U@Penn Portal will automatically expire if you are not
active within the portal for a period of an hour.

# U@Penn

**Employee Name:** JOSEPH BRANCATO
**Penn ID:** 54487651

Issue Date: 06/28/2019

Pay End Date: 06/23/2019

Advice Number: A9223860

| Pay Stub Summary | |
|---|---|
| **Gross Pay:** | $1,318.26 |
| **Deductions/Taxes:** | $658.67 |
| **Net Pay:** | $659.59 |

**Your Pay Deposited To**

| | |
|---|---|
| Bank Name | TD BANK |
| Institution Number | 036001808 |

*Overtime*

| Gross Pay and Other Taxable Payments | Amount | Year-to-Date | Hours |
|---|---|---|---|
| REGULAR WEEKLY PAY | $1,298.83 | | 80.00 |
| HEALTH INS CASH BACK | $6.83 | | |
| OVERTIME @ 1.5 TIMES RATE | $12.60 | | 8.00 |
| | $1,318.26 | $34,235.10 | 88.00 |

| Shelters | Deductions | | Penn Contributions | |
|---|---|---|---|---|
| | Amount | Year-to-Date | Amount | Year-to-Date |
| KEYSTONE HMO - EE+F | $70.18 | $1,824.68 | $375.36 | $9,759.36 |
| METLIFE DENTAL - EE+F | $18.93 | $492.18 | $10.58 | $275.08 |
| DAVIS VISION - EE+F | $3.00 | $78.00 | | |
| PRE-TAX PARKING | $47.58 | $1,141.92 | | |
| | $139.69 | $3,536.78 | $385.94 | $10,034.44 |

| Reductions | Deductions | | Penn Contributions | |
|---|---|---|---|---|
| | Amount | Year-to-Date | Amount | Year-to-Date |
| TIAA-CREF TDR PRE-TAX | $64.94 | $1,585.54 | $116.89 | $2,853.92 |
| | $64.94 | $1,585.54 | $116.89 | $2,853.92 |

## Taxes

| Taxes | Deductions | | Penn Contributions | |
|---|---|---|---|---|
| | Amount | Year-to-Date | Amount | Year-to-Date |
| FEDERAL WITHHOLDING TAX | $149.28 | $3,955.09 | | |
| FICA/OASDI - SOCIAL SEC | $73.08 | $1,914.31 | $73.08 | $1,914.31 |
| MEDICARE TAX | $17.09 | $447.70 | $17.09 | $447.70 |
| STATE TAX | $37.64 | $982.99 | | |
| SUT DED | $0.79 | $20.58 | | |
| CITY TAX 1 | $45.57 | $1,189.60 | | |
| | $323.45 | $8,510.27 | $90.17 | $2,362.01 |

## After-Tax Deductions

| After-Tax Deductions | Deductions | | Penn Contributions | |
|---|---|---|---|---|
| | Amount | Year-to-Date | Amount | Year-to-Date |
| OPTIONAL LIFE INSURANCE | $12.05 | $313.30 | | |
| DEPENDENT LIFE INSURANCE | $0.42 | $10.92 | | |
| UNION 2 | $18.12 | $456.72 | | |
| CREDIT UNION | $100.00 | $2,600.00 | | |
| | $130.59 | $3,380.94 | $0.00 | $0.00 |

## Net Pay

| Net Pay | Amount |
|---|---|
| Net Pay | $659.59 |

## Federal Tax Status & Exemptions
(at time of this pay)

| | |
|---|---|
| Tax Status | Single |
| Number of Exemptions | 0 |

## Paid Time Off
(balances at time of this pay)

| | Used this Pay | Balance Hours | Balance Days |
|---|---|---|---|
| Paid Time Off | 0.00 | 210.00 | 26.25 |
| Sick | 0.00 | 22.56 | 2.82 |
| Personal Time Off | 0.00 | 24.00 | |

Copyright © 2019, University of Pennsylvania. All rights reserved.
**If you have questions concerning your Personnel or Payroll information, please contact your Business Administrator or Payroll Coordinator.**
You can also contact the Penn Employee Solution Center at 215-898-7372 or ~~payrollhotline@upenn.edu~~
Please do not include confidential information, such as your SSN, in your email.

For your protection, your Penn Weblogin session for the U@Penn Portal will automatically expire if you are not active within the portal for a period of an hour.

# U@Penn

Case 19-14703.pf  Doc 14  Filed 09/04/19  Entered 09/04/19 16:54:49  Desc Main
Document  Page 18 of 26

**Employee Name:** JOSEPH BRANCATO
**Penn ID:** 54487651

Issue Date: 07/05/2019

Pay End Date: 06/30/2019

Advice Number: A9230248

| Pay Stub Summary | |
|---|---|
| **Gross Pay:** | $1,263.85 |
| **Deductions/Taxes:** | $634.52 |
| **Net Pay:** | $629.33 |

**Your Pay Deposited To**

| | |
|---|---|
| Bank Name | TD BANK |
| Institution Number | 036001808 |

| Gross Pay and Other Taxable Payments | Amount | Year-to-Date | Hours |
|---|---|---|---|
| REGULAR WEEKLY PAY | $1,099.74 | | 35.00 |
| HEALTH INS CASH BACK | $7.00 | | |
| PERSONAL LEAVE | $157.11 | | 5.00 |
| | $1,263.85 | $35,491.95 | 40.00 |

| Shelters | Deductions | | Penn Contributions | |
|---|---|---|---|---|
| | Amount | Year-to-Date | Amount | Year-to-Date |
| KEYSTONE HMO - EE+F | $70.18 | $1,894.86 | $354.84 | $10,114.20 |
| METLIFE DENTAL - EE+F | $18.93 | $511.11 | $9.34 | $284.42 |
| DAVIS VISION - EE+F | $3.00 | $81.00 | | |
| PRE-TAX PARKING | $47.58 | $1,189.50 | | |
| | $139.69 | $3,676.47 | $364.18 | $10,398.62 |

| Reductions | Deductions | | Penn Contributions | |
|---|---|---|---|---|
| | Amount | Year-to-Date | Amount | Year-to-Date |
| TIAA-CREF TDR PRE-TAX | $62.84 | $1,648.38 | $113.11 | $2,967.03 |
| | $62.84 | $1,648.38 | $113.11 | $2,967.03 |

| Taxes | Deductions | | Penn Contributions | |
|---|---|---|---|---|
| | Amount | Year-to-Date | Amount | Year-to-Date |
| FEDERAL WITHHOLDING TAX | $137.77 | $4,092.86 | | |
| FICA/OASDI - SOCIAL SEC | $69.69 | $1,984.00 | $69.69 | $1,984.00 |
| MEDICARE TAX | $16.30 | $464.00 | $16.30 | $464.00 |
| STATE TAX | $35.97 | $1,018.96 | | |
| SUT DED | $0.76 | $21.34 | | |
| CITY TAX 1 | $43.69 | $1,233.29 | | |
| | $304.18 | $8,814.45 | $85.99 | $2,448.00 |

| After-Tax Deductions | Deductions | | Penn Contributions | |
|---|---|---|---|---|
| | Amount | Year-to-Date | Amount | Year-to-Date |
| OPTIONAL LIFE INSURANCE | $9.27 | $322.57 | | |
| DEPENDENT LIFE INSURANCE | $0.42 | $11.34 | | |
| UNION 2 | $18.12 | $474.84 | | |
| CREDIT UNION | $100.00 | $2,700.00 | | |
| | $127.81 | $3,508.75 | $0.00 | $0.00 |

**Net Pay**

| | Amount |
|---|---|
| Net Pay | $629.33 |

**Federal Tax Status & Exemptions**
(at time of this pay)

| Tax Status | Single |
|---|---|
| Number of Exemptions | 0 |

**Paid Time Off**
(balances at time of this pay)

| | Used this Pay | Balance Hours | Balance Days |
|---|---|---|---|
| Paid Time Off | 0.00 | 210.00 | 26.25 |
| Sick | 0.00 | 30.56 | 3.82 |
| Personal Time Off | 5.00 | 18.96 | |

Copyright © 2019, University of Pennsylvania. All rights reserved.
**If you have questions concerning your Personnel or Payroll information, please contact your Business Administrator or Payroll Coordinator.**
You can also contact the Penn Employee Solution Center at 215-898-7372 or ~~pennsolutioncenter@upenn.edu~~.
Please do not include confidential information, such as your SSN, in your email.

For your protection, your Penn Weblogin session for the U@Penn Portal will automatically expire if you are not active within the portal for a period of an hour.



## Company Information

| Name | Address |
|------|---------|
| Trustees of University of Pennsylvania | 3451 Walnut Street, Room 310<br>Philadelphia, PA 19104-6284<br>United States of America |

## Payslip Information

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|------|-------------|------------------|----------------|------------|--------------|
| Joseph Brancato | 00006106 | 07/01/2019 | 07/07/2019 | 07/12/2019 | |

## Current and YTD Totals

| Balance Period | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|----------------|-----------|--------------------|----------------|---------------------|---------|
| Current | 1,263.84 | 208.12 | 302.34 | 27.84 | 725.54 |
| YTD | 36,940.37 | 5,532.97 | 9,116.79 | 836.59 | 21,454.02 |

## Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|-------------|-------|-------|------|--------|-----|
| Flex Credits | 07/01/2019 - 07/07/2019 | 0.00 | 0.00 | 6.99 | 6.99 |
| Healthcare Cash Back | | | | | 184.58 |
| Holiday | 07/01/2019 - 07/07/2019 | 8.00 | 31.421 | 251.37 | 2,438.01 |
| Overtime Base of 1.5x | | | | | 2,524.27 |
| Personal Leave | | | | | 703.77 |
| Regular Weekly Pay | 07/01/2019 - 07/07/2019 | 16.00 | 31.421 | 502.74 | 27,968.19 |
| Sick Leave | | | | | 1,639.98 |
| Vacation Leave | 07/01/2019 - 07/07/2019 | 16.00 | 31.421 | 502.74 | 1,474.58 |
| | | | Total: | 1,263.84 | 36,940.37 |

## Employee Taxes

| Description | Amount | YTD |
|-------------|--------|-----|
| OASDI | 69.36 | 2,053.36 |
| Medicare | 16.22 | 480.22 |
| Federal Withholding | 136.54 | 4,229.40 |
| State Tax - PA | 35.87 | 1,054.83 |
| SUI-Employee Paid - PA | 0.77 | 22.11 |
| City Tax - PHILA | 43.58 | 1,276.87 |
| Total: | 302.34 | 9,116.79 |

## Pre Tax Deductions

| Description | Amount | YTD |
|-------------|--------|-----|
| Dental Metlife PDP | 18.93 | 530.04 |
| Employee Retirement Match | 62.85 | 1,711.23 |
| Medical IBC HMO Keystone | 73.38 | 1,968.24 |
| Parking | 49.96 | 1,239.46 |
| Vision Davis | 3.00 | 84.00 |
| Total: | 208.12 | 5,532.97 |

## Post Tax Deductions

| Description | Amount | YTD |
|-------------|--------|-----|
| Dependent Life Insurance | 0.43 | 11.77 |

Payslip: Joseph Brancato (1440785M):
07/07/2019 (Regular) - Complete

08:41 PM
08/23/2019
Page 2 of 2

| Description | Amount | YTD |
|---|---|---|
| Supplemental Life Insurance | 9.28 | 331.85 |
| Union 2 | 18.13 | 492.97 |
| Total: | 27.84 | 836.59 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Basic Life Insurance Employer | 0.43 | 0.43 |
| Dental Metlife PDP | 9.34 | 293.76 |
| Employer Retirement Basic | 50.28 | 1,368.93 |
| Employer Retirement Match | 62.85 | 1,711.23 |
| Medical IBC HMO Keystone | 351.64 | 10,465.84 |
| Total: | 474.54 | 13,840.19 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,118.57 | 33,118.63 |
| Medicare - Taxable Wages | 1,118.57 | 33,118.63 |
| Federal Withholding - Taxable Wages | 1,055.72 | 31,407.40 |
| State Tax Taxable Wages - PA | 1,168.53 | 34,358.09 |
| City Tax Taxable Wages - PHILA | 1,263.84 | 36,940.37 |

### Withholding

| Description | Federal | Work State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Local 835 Personal | 0.00 | 0.00 | 19.00 |
| Local 835 Sick Time | 0.00 | 0.00 | 30.56 |
| Local 835 Vacation | 0.00 | 16.00 | 194.00 |

### Payment Information

| Bank | Account Name | Account Number | Amount in Pay Group Currency | Pay Group Currency |
|---|---|---|---|---|
| Employee Direct Deposit | Employee Direct Deposit ******8413 | ******8413 | 625.54 | USD |
| Credit Union | Credit Union ******-018 | ******-018 | 100.00 | USD |
| | | Total: | 725.54 | |



Payslip: Joseph Brancato (3448/8601):                                                    08:40 PM
07/14/2019 (Regular) - Complete                                                          08/23/2019
                                                                                         Page 1 of 2

## Company Information

| Name | Address |
|------|---------|
| Trustees of University of Pennsylvania | 3451 Walnut Street, Room 310<br>Philadelphia, PA 19104-6284<br>United States of America |

## Payslip Information

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|------|-------------|------------------|----------------|------------|--------------|
| Joseph Brancato | 00006106 | 07/08/2019 | 07/14/2019 | 07/19/2019 | |

## Current and YTD Totals

| Balance Period | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|----------------|-----------|--------------------|----------------|---------------------|---------|
| Current | 1,263.84 | 201.72 | 304.35 | 27.84 | 729.93 |
| YTD | 38,204.21 | 5,734.69 | 9,421.14 | 864.43 | 22,183.95 |

## Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|-------------|-------|-------|------|--------|-----|
| Flex Credits | 07/08/2019 - 07/14/2019 | 0.00 | 0.00 | 6.99 | 13.98 |
| Healthcare Cash Back | | | | | 184.58 |
| Holiday | | | | | 2,438.01 |
| Overtime Base of 1.5x | | | | | 2,524.27 |
| Personal Leave | | | | | 703.77 |
| Regular Weekly Pay | 07/08/2019 - 07/14/2019 | 40.00 | 31.421 | 1,256.85 | 29,225.04 |
| Sick Leave | | | | | 1,639.98 |
| Vacation Leave | | | | | 1,474.58 |
| | | | | Total: 1,263.84 | 38,204.21 |

## Employee Taxes

| Description | Amount | YTD |
|-------------|--------|-----|
| OASDI | 69.74 | 2,123.10 |
| Medicare | 16.31 | 496.53 |
| Federal Withholding | 137.95 | 4,367.35 |
| State Tax - PA | 36.07 | 1,090.90 |
| SUI-Employee Paid - PA | 0.70 | 22.81 |
| City Tax - PHILA | 43.58 | 1,320.45 |
| Total: | 304.35 | 9,421.14 |

## Pre Tax Deductions

| Description | Amount | YTD |
|-------------|--------|-----|
| Dental Metlife PDP | 18.93 | 548.97 |
| Employee Retirement Match | 62.85 | 1,774.08 |
| Medical IBC HMO Keystone | 66.98 | 2,035.22 |
| Parking | 49.96 | 1,289.42 |
| Vision Davis | 3.00 | 87.00 |
| Total: | 201.72 | 5,734.69 |

## Post Tax Deductions

| Description | Amount | YTD |
|-------------|--------|-----|
| Dependent Life Insurance | 0.43 | 12.20 |
| Supplemental Life Insurance | 9.28 | 341.13 |
| Union 2 | 18.13 | 511.10 |

08:40 PM
08/23/2019
Page 2 of 2

| Description | Amount | YTD |
|---|---|---|
| Total: | 27.84 | 864.43 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Basic Life Insurance Employer | 0.43 | 0.86 |
| Dental Metlife PDP | 9.34 | 303.10 |
| Employer Retirement Basic | 50.28 | 1,419.21 |
| Employer Retirement Match | 62.85 | 1,774.08 |
| Medical IBC HMO Keystone | 351.64 | 10,817.48 |
| Total: | 474.54 | 14,314.73 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,124.97 | 34,243.60 |
| Medicare - Taxable Wages | 1,124.97 | 34,243.60 |
| Federal Withholding - Taxable Wages | 1,062.12 | 32,469.52 |
| State Tax Taxable Wages - PA | 1,174.93 | 35,533.02 |
| City Tax Taxable Wages - PHILA | 1,263.84 | 38,204.21 |

### Withholding

| Description | Federal | Work State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Local 835 Personal | 0.00 | 0.00 | 19.00 |
| Local 835 Sick Time | 0.00 | 0.00 | 30.56 |
| Local 835 Vacation | 0.00 | 0.00 | 194.00 |

### Payment Information

| Bank | Account Name | Account Number | Amount in Pay Group Currency | Pay Group Currency |
|---|---|---|---|---|
| Employee Direct Deposit | Employee Direct Deposit ******8413 | ******8413 | 629.93 | USD |
| Credit Union | Credit Union ******-018 | ******-018 | 100.00 | USD |
| | | Total: | 729.93 | |

Case 19-14703-jkf    Doc 14    Filed 09/04/19    Entered 09/04/19 16:54:49    Desc Main
Document    Page 24 of 26



*Overtime*

## Company Information

| Name | Address |
|------|---------|
| Trustees of University of Pennsylvania | 3451 Walnut Street, Room 310<br>Philadelphia, PA 19104-6284<br>United States of America |

## Payslip Information

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|------|-------------|------------------|----------------|------------|--------------|
| Joseph Brancato | 00006106 | 07/15/2019 | 07/21/2019 | 07/26/2019 | |

## Current and YTD Totals

| Balance Period | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|----------------|-----------|--------------------|----------------|---------------------|---------|
| Current | 1,640.89 | 204.92 | 439.92 | 27.84 | 968.21 |
| YTD | 39,845.10 | 5,939.61 | 9,861.06 | 892.27 | 23,152.16 |

## Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|-------------|-------|-------|------|--------|-----|
| Flex Credits | 07/15/2019 - 07/21/2019 | 0.00 | 0.00 | 6.99 | 20.97 |
| Healthcare Cash Back | | | | | 184.58 |
| Holiday | | | | | 2,438.01 |
| Overtime Base of 1.5x | 07/15/2019 - 07/21/2019 | 8.00 | 31.421 | 251.37 | 2,775.64 |
| Overtime Premium - 0.5x | 07/15/2019 - 07/21/2019 | 8.00 | 15.71 | 125.68 | 125.68 |
| Personal Leave | | | | | 703.77 |
| Regular Weekly Pay | 07/15/2019 - 07/21/2019 | 40.00 | 31.421 | 1,256.85 | 30,481.89 |
| Sick Leave | | | | | 1,639.98 |
| Vacation Leave | | | | | 1,474.58 |
| | | | Total: | 1,640.89 | 39,845.10 |

## Employee Taxes

| Description | Amount | YTD |
|-------------|--------|-----|
| OASDI | 92.93 | 2,216.03 |
| Medicare | 21.74 | 518.27 |
| Federal Withholding | 220.19 | 4,587.54 |
| State Tax - PA | 47.55 | 1,138.45 |
| SUI-Employee Paid - PA | 0.93 | 23.74 |
| City Tax - PHILA | 56.58 | 1,377.03 |
| Total: | 439.92 | 9,861.06 |

## Pre Tax Deductions

| Description | Amount | YTD |
|-------------|--------|-----|
| Dental Metlife PDP | 18.93 | 567.90 |
| Employee Retirement Match | 62.85 | 1,836.93 |
| Medical IBC HMO Keystone | 70.18 | 2,105.40 |
| Parking | 49.96 | 1,339.38 |
| Vision Davis | 3.00 | 90.00 |
| Total: | 204.92 | 5,939.61 |

## Post Tax Deductions

Case 19-14703.jkf  Doc 14   Filed 09/04/19   Entered 09/04/19 16:54:49   Desc Main
Document   Page 25 of 28



| Description | Amount | YTD |
|---|---|---|
| Dependent Life Insurance | 0.43 | 12.63 |
| Supplemental Life Insurance | 9.28 | 350.41 |
| Union 2 | 18.13 | 529.23 |
| Total: | 27.84 | 892.27 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Basic Life Insurance Employer | 0.43 | 1.29 |
| Dental Metlife PDP | 9.34 | 312.44 |
| Employer Retirement Basic | 50.28 | 1,469.49 |
| Employer Retirement Match | 62.85 | 1,836.93 |
| Medical IBC HMO Keystone | 351.64 | 11,169.12 |
| Total: | 474.54 | 14,789.27 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,498.82 | 35,742.42 |
| Medicare - Taxable Wages | 1,498.82 | 35,742.42 |
| Federal Withholding - Taxable Wages | 1,435.97 | 33,905.49 |
| State Tax Taxable Wages - PA | 1,548.78 | 37,081.80 |
| City Tax Taxable Wages - PHILA | 1,640.89 | 39,845.10 |

### Withholding

| Description | Federal | Work State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Local 835 Personal | 0.00 | 0.00 | 19.00 |
| Local 835 Sick Time | 0.00 | 0.00 | 30.56 |
| Local 835 Vacation | 0.00 | 0.00 | 194.00 |

### Payment Information

| Bank | Account Name | Account Number | Amount in Pay Group Currency | Pay Group Currency |
|---|---|---|---|---|
| Employee Direct Deposit | Employee Direct Deposit ******8413 | ******8413 | 868.21 | USD |
| Credit Union | Credit Union ******-018 | ******-018 | 100.00 | USD |
| | | Total: | 968.21 | |

| Pay Group: | EPPI Professional Fund | Advice #: | 3935115 |
|---|---|---|---|
| Pay Begin Date: | 6/9/2019 | Advice Date: | 6/27/2019 |
| Pay End Date: | 6/22/2019 | | |

Brancato, Patricia
1628 Amosland Rd
Prospect Park, PA 19076

Employee ID: 41421
Department: 20569
Process Level: 1035

| TAX DATA: | Marital Status | Exemptions |
|---|---|---|
| Federal: | Married Withhold at Single | 00001 |
| State: | Married Withhold at Single | 00001 |
| Addl. Amt.: | | 0.00 |

## HOURS AND EARNINGS

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular Day | 50.0000 | 64.00 | 3,200.00 | 936.00 | 46,800.00 |
| Group Term Life | | | 5.31 | 0.00 | 69.03 |
| Sick Hrs | | | 0.00 | 40.00 | 2,000.00 |
| PTOReg | 50.0000 | 16.00 | 800.00 | 64.00 | 3,200.00 |
| CommAll | | | 25.38 | 0.00 | 329.94 |
| Total: | | 80.00 | 4,030.69 | 1,040.00 | 52,398.97 |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Federal Tax Withheld | 569.51 | 7,809.45 |
| Soc Sec Tax Withheld | 239.05 | 3,107.74 |
| Medicare Tax Withhld | 55.91 | 726.81 |
| Pennsylvania Tax | 118.67 | 1,542.71 |
| PA Unemployment | 2.40 | 31.24 |
| Philadelphia Tax | 139.33 | 1,811.29 |
| Total: | 1,124.87 | 15,029.24 |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| PCBasic Option | 137.10 | 1,782.30 |
| VBA | 7.18 | 93.34 |
| Delta Dental | 15.70 | 204.10 |
| Fidelity Pre Tax % | 241.52 | 1,449.13 |
| Parking - Pretax | 14.95 | 194.35 |
| Total: | 416.45 | 3,723.22 |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Fidelity Loan | 51.59 | 670.67 |
| Cafe | 27.40 | 59.15 |
| MET Life | 28.14 | 365.82 |
| MetSPLfe | 3.69 | 47.97 |
| STDPREM6 | 41.55 | 540.15 |
| Total: | 152.37 | 1,683.76 |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Total: | 152.37 | 1,683.76 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 4,030.69 | 3,614.24 | 1,124.87 | 568.82 | 2,331.69 |
| YTD: | 52,398.97 | 48,675.75 | 15,029.24 | 5,406.98 | 31,893.72 |

### NET PAY DISTRIBUTION
Advice #3935115     2,331.69

| Available | 0.00 | Available | 0.00 | Total: | 2,331.69 |
|---|---|---|---|---|---|

**Advice Date** 06/27/2019  **Advice No.** 3935115

# NON-NEGOTIABLE

### DIRECT DEPOSIT DISTRIBUTION

| Acct Type | Acct No | Dep Amount |
|---|---|---|
| Jt Bill | xxxxxx2127 | $1,800.00 |
| Personal | xxxxxx2119 | $531.69 |
| Total: | | $2,331.69 |

**To The Account(s) Of**
PATRICIA BRANCATO
1628 AMOSLAND RD
PROSPECT PARK, PA 19076

| Pay Group: | EPPI Professional Fund | Advice #: | 3943847 |
|---|---|---|---|
| Pay Begin Date: | 6/23/2019 | Advice Date: | 7/11/2019 |
| Pay End Date: | 7/6/2019 | | |

| Brancato, Patricia | Employee ID:  41421 |
|---|---|
| 1628 Amosland Rd | Department:    20569 |
| Prospect Park, PA  19076 | Process Level: 1035 |

| TAX DATA: | Marital Status | Exemptions |
|---|---|---|
| Federal: | Married Withhold at Single | 00001 |
| State: | Married Withhold at Single | 00001 |
| Addl. Amt.: | | 0.00 |

| HOURS AND EARNINGS | | | | | | TAXES | | |
|---|---|---|---|---|---|---|---|---|
| | | ---------- Current --------- | | ----------- YTD ----------- | | | | |
| Description | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Regular Day | 51.0000 | 56.00 | 2,856.00 | 992.00 | 49,656.00 | Federal Tax Withheld | 589.07 | 8,398.52 |
| Group Term Life | | | 5.30 | 0.00 | 74.33 | Soc Sec Tax Withheld | 244.41 | 3,352.15 |
| Sick Hrs | | | 0.00 | 40.00 | 2,000.00 | Medicare Tax Withhld | 57.16 | 783.97 |
| PTOReg | 51.0000 | 24.00 | 1,224.00 | 88.00 | 4,424.00 | Pennsylvania Tax | 121.32 | 1,664.03 |
| CommAll | | | 25.38 | 0.00 | 355.32 | PA Unemployment | 2.45 | 33.69 |
| | | | | | | Philadelphia Tax | 141.74 | 1,953.03 |
| Total: | | 80.00 | 4,110.68 | 1,120.00 | 56,509.65 | Total: | 1,156.15 | 16,185.39 |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
| PCBasic Option | 0.00 | 1,782.30 | Fidelity Loan | 51.59 | 722.26 | | | |
| VBA | 7.18 | 100.52 | MET Life | 28.14 | 393.96 | | | |
| Delta Dental | 16.25 | 220.35 | MetSPLfe | 3.69 | 51.66 | | | |
| Fidelity Pre Tax % | 246.32 | 1,695.45 | STDPREM6 | 47.72 | 587.87 | | | |
| Parking - Pretax | 14.95 | 209.30 | Cafe | 0.00 | 59.15 | | | |
| PC Core | 130.26 | 130.26 | | | | | | |
| Total: | 414.96 | 4,138.18 | Total: | 131.14 | 1,814.90 | Total: | 131.14 | 1,814.90 |

| TOTAL GROSS | | FED TAXABLE GROSS | | TOTAL TAXES | | TOTAL DEDUCTIONS | | NET PAY |
|---|---|---|---|---|---|---|---|---|
| Current: | 4,110.68 | | 3,695.72 | | 1,156.15 | | 546.10 | 2,403.13 |
| YTD: | 56,509.65 | | 52,371.47 | | 16,185.39 | | 5,953.08 | 34,296.85 |

| | | | | NET PAY DISTRIBUTION | |
|---|---|---|---|---|---|
| | | | | Advice #3943847 | 2,403.13 |
| Available | 0.00 | Available | 0.00 | Total: | 2,403.13 |

| | Advice Date | Advice No. |
|---|---|---|
| | 07/11/2019 | 3943847 |

# NON-NEGOTIABLE

| DIRECT DEPOSIT DISTRIBUTION | | |
|---|---|---|
| Acct Type | Acct No | Dep Amount |
| Jt Bill | xxxxxx2127 | $1,800.00 |
| Personal | xxxxxx2119 | $603.13 |
| Total: | | $2,403.13 |

**To The Account(s) Of**

PATRICIA BRANCATO
1628 AMOSLAND RD
PROSPECT PARK, PA  19076

| Pay Group: | EPPI Professional Fund | Advice #: | 3952447 |
|---|---|---|---|
| Pay Begin Date: | 7/7/2019 | Advice Date: | 7/25/2019 |
| Pay End Date: | 7/20/2019 | | |

| Brancato, Patricia | Employee ID: 41421 |
|---|---|
| 1628 Amosland Rd | Department: 20569 |
| Prospect Park, PA 19076 | Process Level: 1035 |

| TAX DATA: | Marital Status | Exemptions |
|---|---|---|
| Federal: | Married Withhold at Single | 00001 |
| State: | Married Withhold at Single | 00001 |
| Addl. Amt.: | | 0.00 |

| HOURS AND EARNINGS | | | | | | TAXES | | |
|---|---|---|---|---|---|---|---|---|
| | | ---- Current ---- | | ---- YTD ---- | | | | |
| Description | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Regular Day | 51.0000 | 80.00 | 4,080.00 | 1,072.00 | 53,736.00 | Federal Tax Withheld | 589.07 | 8,987.59 |
| Group Term Life | | | 5.31 | 0.00 | 79.64 | Soc Sec Tax Withheld | 244.41 | 3,596.56 |
| Sick Hrs | | | 0.00 | 40.00 | 2,000.00 | Medicare Tax Withhld | 57.16 | 841.13 |
| PTOReg | | | 0.00 | 88.00 | 4,424.00 | Pennsylvania Tax | 121.32 | 1,785.35 |
| CommAll | | | 25.38 | 0.00 | 380.70 | PA Unemployment | 2.45 | 36.14 |
| | | | | | | Philadelphia Tax | 141.74 | 2,094.77 |
| Total: | | 80.00 | 4,110.69 | 1,200.00 | 60,620.34 | Total: | 1,156.15 | 17,341.54 |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
| PCBasic Option | 0.00 | 1,782.30 | Fidelity Loan | 51.59 | 773.85 | | | |
| VBA | 7.18 | 107.70 | Cafe | 5.80 | 64.95 | | | |
| Delta Dental | 16.25 | 236.60 | MET Life | 28.14 | 422.10 | | | |
| Fidelity Pre Tax % | 246.32 | 1,941.77 | MetSPLfe | 3.69 | 55.35 | | | |
| Parking - Pretax | 14.95 | 224.25 | STDPREM6 | 47.72 | 635.59 | | | |
| PC Core | 130.26 | 260.52 | | | | | | |
| Total: | 414.96 | 4,553.14 | Total: | 136.94 | 1,951.84 | Total: | 136.94 | 1,951.84 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 4,110.69 | 3,695.73 | 1,156.15 | 551.90 | 2,397.33 |
| YTD: | 60,620.34 | 56,067.20 | 17,341.54 | 6,504.98 | 36,694.18 |

| | | | | NET PAY DISTRIBUTION | |
|---|---|---|---|---|---|
| | | | | Advice #3952447 | 2,397.33 |
| Available | 0.00 | Available | 0.00 | Total: | 2,397.33 |

| Advice Date | Advice No. |
|---|---|
| 07/25/2019 | 3952447 |

# NON-NEGOTIABLE

| DIRECT DEPOSIT DISTRIBUTION | | |
|---|---|---|
| Acct Type | Acct No | Dep Amount |
| Jt Bill | xxxxxx2127 | $1,800.00 |
| Personal | xxxxxx2119 | $597.33 |
| Total: | | $2,397.33 |

**To The Account(s) Of**
PATRICIA BRANCATO
1628 AMOSLAND RD
PROSPECT PARK, PA 19076