**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:          Patricia Brancato,                          : Chapter 13
                        Debtor                              : Case No. 19-14703-jkf

## CERTIFICATE OF NO RESPONSE

I, Stephen V. Bottiglieri, Esquire, counsel for the Debtor, hereby certify that after notice, I have received no response, answer or request for a hearing to my Application for Compensation and Reimbursement of Expenses nor any objection to the proposed compensation nor an application for administrative expense has been filed with the Court as of February 8, 2020.

I, Stephen V. Bottiglieri, Esquire, counsel for the Debtor, hereby certify that neither an objection to the proposed compensation nor an application for administrative expense has been filed in the above captioned matter as of February 8, 2020.

Respectfully submitted:

 /s/ Stephen V. Bottiglieri
Stephen V. Bottiglieri, Esquire
Counsel for Debtor
66 Euclid Street, Suite C
Woodbury, NJ 08096
P/F 888-793-0373
steve@bottiglierilaw.com