United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Patricia Brancato  
       Debtor

Case No. 19-14703-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2   User: PaulP   Page 1 of 1   Date Rcvd: Feb 10, 2020  
                       Form ID: pdf900   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 12, 2020.  
db         +Patricia Brancato,    1628 Amosland Road,    Prospect Park, PA 19076-1016

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                         TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 12, 2020                                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 10, 2020 at the address(es) listed below:  
           REBECCA ANN SOLARZ    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com  
           SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com  
           SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFMail@ReadingCh13.com  
           STEPHEN VINCENT BOTTIGLIERI    on behalf of Debtor Patricia  Brancato steve@bottiglierilaw.com, ecfnotices@comcast.net  
           United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                               TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:   Patricia Brancato,   : Chapter 13
　　　　　　　　Debtor   : Case No. 19-14703-jkf

## ORDER

**AND NOW,** this _____ day of _____, 2020 upon consideration of the Application for Compensation ("the Application") filed by Debtor's counsel ("the Applicant") and upon Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED**.

2. Compensation is **ALLOWED** in favor of the Applicant in the amount of $3,500.00 and expenses in the amount of $394.00; and

3. The Chapter 13 Trustee is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), the allowed compensation set forth in the Application less the amounts paid by Debtor. The total distribution to Applicant shall be $2,571.00 to the extent such distribution is authorized under the terms of the confirmed Chapter 13 plan.

BY THE COURT:

**Date: February 10, 2020**

_____
**JEAN K. FITZSIMON,**
**UNITED STATES BANKRUPTCY JUDGE**