Office Mailing Address:
Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
### Chapter 13 Case No. 19-14703-AMC

PATRICIA BRANCATO
1628 AMOSLAND ROAD
PROSPECT PARK PA   19076

Petition Filed Date: 07/29/2019
341 Hearing Date: 09/06/2019
Confirmation Date: 01/15/2020

Case Status: Open / Unconfirmed
## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|------|--------|-----------|------|--------|-----------|------|--------|-----------|
| 08/29/2019 | $575.00 | Automatic Payı | 09/27/2019 | $575.00 | Automatic Payı | 10/28/2019 | $575.00 | |
| 11/27/2019 | $575.00 | | 12/30/2019 | $575.00 | | 01/28/2020 | $575.00 | |
| 02/27/2020 | $575.00 | | 03/27/2020 | $575.00 | | 04/27/2020 | $575.00 | |
| 05/28/2020 | $575.00 | | 06/29/2020 | $575.00 | | 07/27/2020 | $575.00 | |

Total Receipts for the Period: **$6,900.00**   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: **$6,900.00**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | DISCOVER BANK »» 001 | Unsecured Creditors | $11,917.47 | $0.00 | $11,917.47 |
| 2 | UNITED STATES TREASURY (IRS) »» 02P | Priority Crediors | $4,722.32 | $3,166.38 | $1,555.94 |
| 3 | UNITED STATES TREASURY (IRS) »» 02U | Unsecured Creditors | $71.66 | $0.00 | $71.66 |
| 4 | CAPITAL ONE AUTO FINANCE »» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | AMERICAN INFOSOURCE LP »» 004 | Unsecured Creditors | $6,655.39 | $0.00 | $6,655.39 |
| 6 | AMERICAN INFOSOURCE LP »» 005 | Unsecured Creditors | $12,043.23 | $0.00 | $12,043.23 |
| 0 | STEPHEN V BOTTIGLIERI ESQ | Attorney Fees | $2,571.00 | $2,571.00 | $0.00 |
| 7 | MERRICK BANK »» 007 | Unsecured Creditors | $1,297.97 | $0.00 | $1,297.97 |
| 8 | BECKET & LEE, LLP »» 008 | Unsecured Creditors | $547.51 | $0.00 | $547.51 |
| 9 | TD BANK NA »» 009 | Unsecured Creditors | $7,853.19 | $0.00 | $7,853.19 |
| 10 | LVNV FUNDING LLC »» 010 | Unsecured Creditors | $16,990.07 | $0.00 | $16,990.07 |
| 11 | MIDFIRST BANK »» 011 | Mortgage Arrears | $1,523.66 | $0.00 | $1,523.66 |
| 12 | DEPARTMENT STORE NATIONAL BANK »» 012 | Unsecured Creditors | $2,006.38 | $0.00 | $2,006.38 |
| 13 | SYNCHRONY BANK »» 013 | Unsecured Creditors | $873.27 | $0.00 | $873.27 |

**Chapter 13 Case No. 19-14703-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $6,900.00 | Current Monthly Payment: | $575.00 |
| Paid to Claims: | $5,737.38 | Arrearages: | $0.00 |
| Paid to Trustee: | $645.12 | Total Plan Base: | $34,500.00 |
| Funds on Hand: | $517.50 | | |

### <u>NOTES:</u>

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.