Office Mailing Address:
Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA  19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
### Chapter 13 Case No. 19-14703-AMC

PATRICIA  BRANCATO
1628 AMOSLAND ROAD
PROSPECT PARK  PA    19076

Petition Filed Date: 07/29/2019
341 Hearing Date: 09/06/2019
Confirmation Date: 01/15/2020

Case Status: Open / Unconfirmed

## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/28/2020 | $575.00 | | 02/27/2020 | $575.00 | | 03/27/2020 | $575.00 | |
| 04/27/2020 | $575.00 | | 05/28/2020 | $575.00 | | 06/29/2020 | $575.00 | |
| 07/27/2020 | $575.00 | | 08/27/2020 | $575.00 | | 09/28/2020 | $575.00 | |
| 10/27/2020 | $575.00 | | 11/30/2020 | $575.00 | | 12/29/2020 | $575.00 | |
| 01/27/2021 | $575.00 | | 03/01/2021 | $575.00 | | 03/29/2021 | $575.00 | |
| 04/27/2021 | $575.00 | | 05/27/2021 | $575.00 | | | | |

**Total Receipts for the Period: $9,775.00  Amount Refunded to Debtor Since Filing: $0.00  Total Receipts Since Filing: $12,650.00**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | DISCOVER BANK<br>»» 001 | Unsecured Creditors | $11,917.47 | $437.04 | $11,480.43 |
| 2 | UNITED STATES TREASURY (IRS)<br>»» 02P | Priority Crediors | $4,722.32 | $4,722.32 | $0.00 |
| 3 | UNITED STATES TREASURY (IRS)<br>»» 02U | Unsecured Creditors | $71.66 | $0.00 | $71.66 |
| 4 | CAPITAL ONE AUTO FINANCE<br>»» 03S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | AMERICAN INFOSOURCE LP<br>»» 004 | Unsecured Creditors | $6,655.39 | $244.07 | $6,411.32 |
| 6 | AMERICAN INFOSOURCE LP<br>»» 005 | Unsecured Creditors | $12,043.23 | $441.66 | $11,601.57 |
| 0 | STEPHEN V BOTTIGLIERI ESQ | Attorney Fees | $2,571.00 | $2,571.00 | $0.00 |
| 7 | MERRICK BANK<br>»» 007 | Unsecured Creditors | $1,297.97 | $47.60 | $1,250.37 |
| 8 | BECKET & LEE, LLP<br>»» 008 | Unsecured Creditors | $547.51 | $15.28 | $532.23 |
| 9 | TD BANK NA<br>»» 009 | Unsecured Creditors | $7,853.19 | $287.99 | $7,565.20 |
| 10 | LVNV FUNDING LLC<br>»» 010 | Unsecured Creditors | $16,990.07 | $623.07 | $16,367.00 |
| 11 | MIDFIRST BANK<br>»» 011 | Mortgage Arrears | $1,523.66 | $1,523.66 | $0.00 |
| 12 | DEPARTMENT STORE NATIONAL BANK<br>»» 012 | Unsecured Creditors | $2,006.38 | $73.59 | $1,932.79 |
| 13 | SYNCHRONY BANK<br>»» 013 | Unsecured Creditors | $873.27 | $32.03 | $841.24 |

**Chapter 13 Case No. 19-14703-AMC**

| 14 | CAPITAL ONE AUTO FINANCE<br>»» 03U | Unsecured Creditors | $705.98 | $0.00 | $705.98 |
|----|------------------------------------|---------------------|---------|--------|---------|

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $12,650.00 | Current Monthly Payment: | $575.00 |
| Paid to Claims: | $11,019.31 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,099.37 | Total Plan Base: | $34,500.00 |
| Funds on Hand: | $531.32 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.