| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 19-14703-AMC

PATRICIA  BRANCATO  
1628 AMOSLAND ROAD  
PROSPECT PARK  PA    19076

Petition Filed Date: 07/29/2019  
341 Hearing Date: 09/06/2019  
Confirmation Date: 01/15/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/27/2021 | $575.00 | | 05/27/2021 | $575.00 | | 06/28/2021 | $575.00 | |
| 07/27/2021 | $575.00 | | 08/27/2021 | $575.00 | | 09/28/2021 | $575.00 | |
| 10/27/2021 | $575.00 | | 11/30/2021 | $575.00 | | 12/28/2021 | $575.00 | |
| 01/27/2022 | $575.00 | | 03/01/2022 | $575.00 | | 03/28/2022 | $575.00 | |
| 04/27/2022 | $575.00 | | 05/31/2022 | $575.00 | | 06/29/2022 | $575.00 | |
| 07/27/2022 | $575.00 | | | | | | | |

**Total Receipts for the Period:  $9,200.00    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $20,700.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | DISCOVER BANK<br>»» 001 | Unsecured Creditors | $11,917.47 | $1,873.11 | $10,044.36 |
| 2 | UNITED STATES TREASURY (IRS)<br>»» 02P | Priority Crediors | $4,722.32 | $4,722.32 | $0.00 |
| 3 | UNITED STATES TREASURY (IRS)<br>»» 02U | Unsecured Creditors | $71.66 | $0.00 | $71.66 |
| 4 | CAPITAL ONE AUTO FINANCE<br>»» 03S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | AMERICAN INFOSOURCE LP<br>»» 004 | Unsecured Creditors | $6,655.39 | $1,046.04 | $5,609.35 |
| 6 | AMERICAN INFOSOURCE LP<br>»» 005 | Unsecured Creditors | $12,043.23 | $1,892.89 | $10,150.34 |
| 0 | STEPHEN V BOTTIGLIERI ESQ | Attorney Fees | $2,571.00 | $2,571.00 | $0.00 |
| 7 | MERRICK BANK<br>»» 007 | Unsecured Creditors | $1,297.97 | $204.00 | $1,093.97 |
| 8 | BECKET & LEE, LLP<br>»» 008 | Unsecured Creditors | $547.51 | $71.83 | $475.68 |
| 9 | TD BANK NA<br>»» 009 | Unsecured Creditors | $7,853.19 | $1,234.31 | $6,618.88 |
| 10 | LVNV FUNDING LLC<br>»» 010 | Unsecured Creditors | $16,990.07 | $2,670.43 | $14,319.64 |
| 11 | MIDFIRST BANK<br>»» 011 | Mortgage Arrears | $1,523.66 | $1,523.66 | $0.00 |
| 12 | DEPARTMENT STORE NATIONAL BANK<br>»» 012 | Unsecured Creditors | $2,006.38 | $315.34 | $1,691.04 |
| 13 | SYNCHRONY BANK<br>»» 013 | Unsecured Creditors | $873.27 | $137.29 | $735.98 |

| 14 | CAPITAL ONE AUTO FINANCE<br>»»  03U | Unsecured Creditors | $705.98 | $93.87 | $612.11 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $20,700.00 | Current Monthly Payment: | $575.00 |
| Paid to Claims: | $18,356.09 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,789.37 | Total Plan Base: | $34,500.00 |
| Funds on Hand: | $554.54 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.