**IN THE UNITED STATES BANKRUPTCY COURT FOR**
EASTERN          **DISTRICT OF** PENNSYLVANIA
PHILADELPHIA          **DIVISION**

In re

PATRICIA BRANCATO

                                                    Debtors.

In Chapter 13  Proceeding

Case No. 19-14703

**REQUEST TO DISCONTINUE SERVICE OF NOTICES**

**PLEASE TAKE NOTICE** that Synchrony Bank  c/o PRA Receivables Management, LLC hereby withdraws its Request for Special Notice filed on 7/30/2019   Docket Number 8  .

Dated:  This 10  th day of July   , 2023

By:    /s/Valerie Smith

Valerie Smith
PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541
TEL: (877) 885-5919
FAX: (757) 351-3257

## Certificate of Service

I hereby certify that a copy of the foregoing was served electronically to the following parties:

STEPHEN VINCENT BOTTIGLIERI
Attorney

SCOTT WATERMAN
Chapter 13 Trustee

Dated:  This 10 th day of July , 2023

By:  /s/Valerie Smith

Valerie Smith
PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541
TEL: (877) 885-5919
FAX: (757) 351-3257