| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
### Chapter 13 Case No. 19-14703-AMC

PATRICIA BRANCATO
1628 AMOSLAND ROAD
PROSPECT PARK PA  19076

Petition Filed Date: 07/29/2019
341 Hearing Date: 09/06/2019
Confirmation Date: 01/15/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/29/2022 | $575.00 | | 09/27/2022 | $575.00 | | 10/27/2022 | $575.00 | |
| 11/29/2022 | $575.00 | | 12/28/2022 | $575.00 | | 01/27/2023 | $575.00 | |
| 02/28/2023 | $575.00 | | 03/27/2023 | $575.00 | | 04/27/2023 | $575.00 | |
| 05/30/2023 | $575.00 | | 06/27/2023 | $575.00 | | 07/27/2023 | $575.00 | |

**Total Receipts for the Period: $6,900.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $27,600.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | DISCOVER BANK<br>»» 001 | Unsecured Creditors | $11,917.47 | $3,121.48 | $8,795.99 |
| 2 | UNITED STATES TREASURY (IRS)<br>»» 02P | Priority Crediors | $4,722.32 | $4,722.32 | $0.00 |
| 3 | UNITED STATES TREASURY (IRS)<br>»» 02U | Unsecured Creditors | $71.66 | $15.61 | $56.05 |
| 4 | CAPITAL ONE AUTO FINANCE<br>»» 03S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | CAPITAL ONE BANK (USA) NA<br>»» 004 | Unsecured Creditors | $6,655.39 | $1,743.20 | $4,912.19 |
| 6 | CAPITAL ONE BANK (USA) NA<br>»» 005 | Unsecured Creditors | $12,043.23 | $3,154.41 | $8,888.82 |
| 0 | STEPHEN V BOTTIGLIERI ESQ | Attorney Fees | $2,571.00 | $2,571.00 | $0.00 |
| 7 | MERRICK BANK<br>»» 007 | Unsecured Creditors | $1,297.97 | $339.97 | $958.00 |
| 8 | CAPITAL ONE NA<br>»» 008 | Unsecured Creditors | $547.51 | $129.18 | $418.33 |
| 9 | TD BANK NA<br>»» 009 | Unsecured Creditors | $7,853.19 | $2,056.94 | $5,796.25 |
| 10 | LVNV FUNDING LLC<br>»» 010 | Unsecured Creditors | $16,990.07 | $4,450.16 | $12,539.91 |
| 11 | MIDFIRST BANK<br>»» 011 | Mortgage Arrears | $1,523.66 | $1,523.66 | $0.00 |
| 12 | DEPARTMENT STORE NATIONAL BANK<br>»» 012 | Unsecured Creditors | $2,006.38 | $525.50 | $1,480.88 |
| 13 | SYNCHRONY BANK<br>»» 013 | Unsecured Creditors | $873.27 | $228.76 | $644.51 |
| 14 | CAPITAL ONE AUTO FINANCE<br>»» 03U | Unsecured Creditors | $112.77 | $112.77 | $0.00 |

Chapter 13 Case No. 19-14703-AMC

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $27,600.00 | Current Monthly Payment: | $575.00 |
| Paid to Claims: | $24,694.96 | Arrearages: | $0.00 |
| Paid to Trustee: | $2,364.37 | Total Plan Base: | $34,500.00 |
| Funds on Hand: | $540.67 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.