United States Bankruptcy Court
Eastern District of Pennsylvania

In re:     Case No. 19-14703-amc
Patricia Brancato     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3
Date Rcvd: Aug 20, 2024     Form ID: 138OBJ     Total Noticed: 32

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 22, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Patricia Brancato, 1628 Amosland Road, Prospect Park, PA 19076-1016 |
| 14364152 | + | Joseph Brancato, 1628 Amosland Road, Prospect Park, PA 19076-1016 |
| 14374842 | + | Midfirst Bank, c/o Rebecca A. Solarz, Esq., KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14392853 | + | TD Bank, N.A., c/o Schiller, Knapp, Lefkowitz, & Hertze, 950 New Loudon Rd, Suite 109, Latham, NY 12110-2190 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Aug 20 2024 23:17:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 20 2024 23:17:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14364145 | + | Email/PDF: bncnotices@becket-lee.com | Aug 20 2024 23:26:33 | Amex/Bankruptcy, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 14364146 | + | Email/Text: steve@bottiglierilaw.com | Aug 20 2024 23:18:00 | Bottiglieri Law, LLC, Stephen V. Bottiglieri, Esquire, 66 Euclid Street, Woodbury, NJ 08096-4626 |
| 14364147 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 20 2024 23:26:26 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14364148 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Aug 20 2024 23:26:27 | Capital One Auto Finance, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14367541 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 20 2024 23:26:33 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14378171 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 20 2024 23:26:34 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14383312 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 20 2024 23:26:27 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14391375 | | Email/PDF: bncnotices@becket-lee.com | Aug 20 2024 23:26:38 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14364149 | | Email/Text: mrdiscen@discover.com | Aug 20 2024 23:17:00 | Discover Financial, Attn: Bankruptcy Department, PO Box 15316, Wilmington, DE 19850 |
| 14398921 | | Email/Text: bnc-quantum@quantum3group.com | Aug 20 2024 23:17:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14371707 | | Email/Text: mrdiscen@discover.com | Aug 20 2024 23:17:00 | Discover Bank, Discover Products Inc, PO Box |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 3025, New Albany, OH 43054-3025 |
| 14364150 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Aug 20 2024 23:17:00 | HSBC Bank, HSBC Card Srvs/Attn: Bankruptcy, PO Box2013, Buffalo, NY 14240-2013 |
| 14364151 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 20 2024 23:17:00 | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14364153 | + | Email/Text: PBNCNotifications@peritusservices.com | Aug 20 2024 23:17:00 | Kohls/Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14398221 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 20 2024 23:26:27 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14364154 | + | Email/Text: Documentfiling@lciinc.com | Aug 20 2024 23:17:00 | LendingClub, Attn: Bankruptcy, 71 Stevenson St, Ste 1000, San Francisco, CA 94105-2967 |
| 14385242 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 20 2024 23:26:38 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14364155 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 20 2024 23:26:25 | Merrick Bank/CardWorks, Attn: Bankruptcy, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 14398445 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Aug 20 2024 23:26:27 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 14364156 | | Email/PDF: ais.midfirst.ebn@aisinfo.com | Aug 20 2024 23:26:34 | Midland Mortgage, PO Box 26648, Oklahoma City, OK 73126-0648 |
| 14364158 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 20 2024 23:17:00 | Pennsylvania Department of Revenue, Bankruptcy Division, Department 280946, Harrisburg, PA 17128-0001 |
| 14400893 | ^ | MEBN | Aug 20 2024 23:16:38 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14365162 | ^ | MEBN | Aug 20 2024 23:16:34 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14364159 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 20 2024 23:26:34 | Synchrony Bank/Walmart, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14364160 | | Email/Text: bankruptcy@td.com | Aug 20 2024 23:17:00 | TD Bank, N.A., 32 Chestnut Street, PO Box 1377, Lewiston, ME 04243 |
| 14364161 | | Email/Text: ustpregion03.ph.ecf@usdoj.gov | Aug 20 2024 23:17:00 | United States Trustee's Office, Custom House, 200 Chestnut Street, Suite 502, Philadelphia, PA 19106-2912 |

TOTAL: 28

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID**  **Bypass Reason**  **Name and Address**
14364157  *+  Patricia Brancato, 1628 Amosland Road, Prospect Park, PA 19076-1016

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 20, 2024 | Form ID: 138OBJ | Total Noticed: 32 |

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 22, 2024          Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 20, 2024 at the address(es) listed below:

**Name**  **Email Address**

DENISE ELIZABETH CARLON
                    on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com

SCOTT F. WATERMAN [Chapter 13]
                    ECFMail@ReadingCh13.com

STEPHEN VINCENT BOTTIGLIERI
                    on behalf of Debtor Patricia Brancato sbottiglieri@tszlegal.com  ToscaniStathesZoellerLLC@jubileebk.net

Scott F Waterman
                    on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com

United States Trustee
                    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

*Form 138OBJ* (6/24)−doc 41 − 39

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   Patricia Brancato )   Case No. 19−14703−amc
)
)
   Debtor(s). )   Chapter: 13
)
)

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: August 20, 2024                    For The Court

                                                                                                                  Timothy B. McGrath
                                                                                                                   Clerk of Court